1  HARRIET ROSS
   Attorney at Law
2  One Embarcadero Center, Suite 500
   San Francisco, CA 94111
3  Telephone: (415) 775-3523
   Facsimile: (415) 775-7491
4  email: harrietp@pacbell.net

5  Attorney for Plaintiff
   George Richard Hooper
6

7  SILVANO B. MARCHESI (SBN 42965)
   County Counsel
8  MONIKA L. COOPER (193729)
   Deputy County Counsel
9  COUNTY OF CONTRA COSTA
   651 Pine Street, 9th Floor
10 Martinez, California 94553
   Telephone:  (925) 335-1800
11 Facsimile:   (925) 335-1866
   email:  mcoop@cc.cccounty.us
12
   Attorneys for Defendants
13 Ralph Brown and Joshua Patzer

14
                    UNITED STATES DISTRICT COURT
15
                    NORTHERN DISTRICT OF CALIFORNIA
16

17

| GEORGE RICHARD HOOPER | Case No.  C04 1091 CW (JCS) |
|---|---|
| Plaintiff | ORDER GRANTING STIPULATION, APPLICATION, DECLARATION TO CONTINUE TRIAL AND PRETRIAL CONFERENCE |
| v. | |
| COUNTY OF CONTRA COSTA, Warren E. Rupf, Contra Costa County Sheriff, individually and as Contra County Sheriff; Ralph Brown, individually and as Contra Costa County Deputy Sheriff, Joshua Patzer individually and as Contra Costa County Deputy Sheriffs, Does 1-10, | |
| Defendants. | |

STIPULATION, APPLICATION, DECLARATION AND ORDER TO CONTINUE TRIAL AND
PRETRIAL CONFERENCE
Case No. C04 1091 CW                                                                                                        1

## APPLICATION AND STIPULATION

1. Whereas plaintiff's counsel, Harriet Ross, had a stroke on June 28, 2005;

2. Whereas Ms. Ross was in the hospital three weeks following her stroke;

3. Whereas Ms. Ross is still recovering from her stroke and has been unable to return to work other than to take telephone calls;

4. Whereas Ms. Ross is medically unable to prepare for or to try the case at this time; and

5. Whereas Ms. Ross' doctor, Dr. Benjamin Lau, informed her that preparing for and going to trial at this time would put her in danger of having another stroke.

Therefore good cause exists to continue the October 17, 2005 trial date and the October 7, 2005 final pretrial conference date.

The parties, having met and conferred, stipulate to continue the trial and pretrial conference in this action to a date at the Court's convenience anytime after January 9, 2006, with the exception of February 13-26, 2006.  The stipulation contemplates that all related filing and service deadlines for pretrial conference materials and motions that are dependent on the date of the pretrial conference will be calculated from the new pretrial conference date as specified in the court's standard pretrial order.

## DECLARATION OF HARRIET ROSS

I, Harriet Ross, declare:

1. I am admitted to the State Bar of California and the bar of this court and am the attorney for the plaintiff, George Richard Hooper, in this action.  I make this declaration from personal knowledge.

2. I had a stroke on June 28, 2005.

3. I was in the hospital three weeks following my stroke.

4. I am still recovering from the stroke and have been unable to return to work other than to take telephone calls.

5. I am medically unable to prepare for or to try the case at this time.

6. My doctor, Dr. Benjamin Lau, informed me that preparing for and going to trial at this time would put me in danger of having another stroke.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct, and that this declaration is executed on September 6, 2005.

/s/
_____
Harriet Ross

The parties stipulate as stated above.

Date: September 1, 2005

    /s/
By:_____
    HARRIET ROSS
    Attorney for Plaintiff
    GEORGE RICHARD HOOPER

Date: September 1, 2005                        SILVANO B. MARCHESI, County Counsel

    /s/
By:_____
    MONIKA L. COOPER
    Deputy County Counsel
    Attorneys for Defendants
    RALPH BROWN and JOSHUA
    PATZER

1 | ORDER

3 On good cause shown and pursuant to the stipulation of the parties, IT IS HEREBY ORDERED THAT the trial date of October 17, 2005 and the Final Pretrial Conference date of October 7, 2005, are continued to January 13, 2006, at 1:30 p.m., for pretrial conference and January 23, 2006, at 8:30 a.m., for trial. This case is referred to a Magistrate Judge for settlement conference.

Date: September 6, 2005                    /s/ CLAUDIA WILKEN
                                           _____
                                                   Claudia Wilken
                                                   United States District Judge