UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| George R. Hooper, | No. C 04-1091 CW (WDB) |
| Plaintiff, | ORDER RE POTENTIAL CONFLICT OF INTEREST |
| v. | |
| Contra Costa County, et al, | |
| Defendants. | |
| _____/ | |

This case has been referred to the undersigned to conduct a settlement conference.

The undersigned's spouse is an attorney with the Contra Costa County Counsel's office. My spouse does not represent the County in connection with this action. While I do not believe that my spouse's employment relationship will impair my ability to be an impartial settlement judge, I hereby notify the parties of this possible conflict of interest.

If any party prefers to have the case referred to an alternate magistrate judge to conduct the settlement conference, then **by Monday, October 31, 2005,** that party must file and serve a letter requesting that the matter be re-referred. If no party has filed a letter requesting a new referral by October 31st, the undersigned's staff will contact the parties to schedule a settlement conference.

IT IS SO ORDERED.

DATED: October 24, 2005         /s/ Wayne D. Brazil
                                Wayne D. Brazil
                                United States Magistrate Judge

cc: parties,
CW, WDB

1