SILVANO B. MARCHESI (SBN 42965)  
County Counsel  
MONIKA L. COOPER (193729)  
Deputy County Counsel  
COUNTY OF CONTRA COSTA  
651 Pine Street, 9th Floor  
Martinez, California 94553  
Telephone:  (925) 335-1800  
Facsimile:   (925) 335-1866  
email:  mcoop@cc.cccounty.us  

Attorneys for Defendant  
Joshua Patzer  

UNITED STATES DISTRICT COURT  

NORTHERN DISTRICT OF CALIFORNIA  

| | |
|---|---|
| GEORGE RICHARD HOOPER<br><br>Plaintiff<br><br>v.<br><br>COUNTY OF CONTRA COSTA, Warren E. Rupf, Contra Costa County Sheriff, individually and as Contra County Sheriff; Ralph Brown, individually and as Contra Costa County Deputy Sheriff, Joshua Patzer individually and as Contra Costa County Deputy Sheriffs, Does 1-10,<br><br>Defendants. | Case No.  C04 1091 CW (JCS)<br><br>STIPULATION AND ORDER OF DISMISSAL |

STIPULATION

IT IS HEREBY STIPULATED by and between plaintiff George Richard Hooper, through his attorney Harriet Ross, and defendant Joshua Patzer, through his attorney Monika L. Cooper, that the above-captioned action is dismissed with prejudice in its entirety pursuant to Fed. R. Civ. Pro. 41(a)(1).  The parties are responsible for their own costs and attorneys fees.

Dated: December 8, 2005

By: ___/s/_____
Harriet Ross
Attorney for Plaintiff
George Richard Hooper

DATED:  December 9, 2005          SILVANO B. MARCHESI, County Counsel

By: ___/s/_____
MONIKA L. COOPER
Deputy County Counsel
Attorneys for Defendant
JOSHUA PATZER

## ORDER

GOOD CAUSE APPEARING THEREFORE, the above-captioned action is hereby dismissed with prejudice in its entirety, with each party to bear their own costs and attorneys fees.

DATED: 12/13/05 _____

*Claudia Wilken* (signature)
The Honorable Claudia Wilken
Judge, Northern District of California